McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK E. WESTRIP, | Case No. 2:18-cv-01093-DMC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until December 14, 2018. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the

government's position due to conflicting due dates and Defense counsel's scheduled use/lose leave. Plaintiff's counsel does not object to the extension and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: November 15, 2018     Law Offices of Lawrence D. Rohlfing

By:    */s/ Brian C. Shapiro *
BRIAN C. SHAPIRO
Attorney for Plaintiff
(*By e-mail authorization on 11/15/18)

Dated: November 15, 2018     McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

    */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: November 19, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE