Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Patrick E. Westrip

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK E. WESTRIP,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-01093-DMC<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

TO THE HONORABLE DENNIS M. COTA, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Patrick E. Westrip be awarded attorney fees in the amount of THREE THOUSAND FIVE HUNDRED dollars ($3,500) and under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

After the Court issues an order for EAJA fees to Patrick E. Westrip, the government will consider the matter of Patrick E. Westrip's assignment of EAJA fees to Brian C. Shapiro. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Patrick E. Westrip, but if the Department of the Treasury determines that Patrick E. Westrip does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Patrick E. Westrip.[1] Any payments made shall be delivered to Brian C. Shapiro.

This stipulation constitutes a compromise settlement of Patrick E. Westrip's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Patrick E. Westrip and/or Brian C. Shapiro including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Brian C. Shapiro and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees ///

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: May 30, 2019     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Brian C. Shapiro*
Brian C. Shapiro
Attorney for plaintiff Patrick E. Westrip

DATED: May 30, 2019     MCGREGOR W. SCOTT
United States Attorney

/s/ *Donna W. Anderson*

DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant
NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Approved and so ordered:

Dated: June 6, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of May 30, 2019, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mr. Patrick E. Westrip
1944 Verda Street
Redding, CA 96001

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Brian C. Shapiro          /S/ Brian C. Shapiro
TYPE OR PRINT NAME              SIGNATURE

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:18-CV-01093-CMK

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 30, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

/s/ *Brian C. Shapiro*

_____

Brian C. Shapiro
Attorneys for Plaintiff